LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| ROCHELLE LISA LAMB, | ) | No.  EDCV 14 - 01214 JCG |
| | ) | |
|   Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
|   v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|   Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED EIGHTY SIX DOLLARS AND 00/100 ($2,186.00) subject to the terms of the stipulation.

    DATE:  August 04, 2015    _____

                                             HON. JAY C. GANDHI
                                             UNITED STATES MAGISTRATE JUDGE